1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:   (619) 687-2666
   Email:       David_Peterson@fd.org

6  Attorneys for Defendant

8                       UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA
10                       **(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | CASE NO. 08M1235 |
| 12  Plaintiff, | ) | |
| 13  v. | ) | **NOTICE OF APPEARANCE** |
| 14  JUAN GARCIA-TREJO, | ) | |
| 15  Defendant. | ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19  lead attorney in the above-captioned case.

20                                           Respectfully submitted,

22  Dated: April 25, 2008              */s/ DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 25, 2008               /s/ *DAVID M. C. PETERSON*
                                    DAVID M.C. PETERSON
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, CA  92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    David_Peterson@fd.org (email)